UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| **JAMIE RAYNES, individually and** | * | **C.A. NO. 08-5018** |
| **on behalf of his two minor children** | | **c/w 10-1730** |
| **SHANNON TAYLOR RAYNES and** | * | **(All cases)** |
| **KENNETH CHRISTOPHER RAYNES** | | |
| | * | **SECTION "I"** |
| **VERSUS** | | |
| | * | **MAG. DIV. 4** |
| **McMORAN EXPLORATION** | | |
| **COMPANY, PETRO CONSTRUCTION** | * | |
| **MANAGEMENT, LLC and XYZ** | | |
| **INSURANCE CORPORATION** | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT, PETRO CONSTRUCTION MANAGEMENT LLC'S MOTION FOR SUMMARY JUDGMENT ON LIABILITY

NOW INTO COURT, through undersigned counsel, comes defendant, Petro Construction Management, LLC (hereinafter "Petro") who respectfully requests that this Court dismiss all claims with prejudice of plaintiffs, Jamie Raynes, individually and on behalf of his two minor children Shannon Taylor Raynes and Kenneth Christopher Raynes brought against Petro because the accident on which this litigation is based occurred as a result of a defect, ruin or vice in the deck of a platform owned, operated and in the custody

of McMoran and plaintiffs claims of injuries are not the result of any breach of any duty on the part of Petro all as is more fully set forth in the accompanying Memorandum in Support.

Petro shows onto this Court that a summary judgment conference was held on April 12, 2011 following which an Order was entered permitting the filing of this motion on behalf of Petro.[1]

                                      Respectfully submitted,

                                        /s/ William B. Schwartz
                                  WILLIAM B. SCHWARTZ, T.A.  (#11854)
                                  Wm. DANIEL WELLONS (#18498)
                                  JEDD S. MALISH (#23846)
                                  2200 Energy Centre
                                  1100 Poydras Street
                                  New Orleans, Louisiana 70163-2200
                                  Telephone: (504) 569-2900/Fax: (504) 556-2099
                                  Attorneys for Petro Construction Management,

## CERTIFICATE

I hereby certify that the foregoing pleadings has been filed with the Clerk of Court for the Eastern District of Louisiana on June 20th, 2011 using the EM/ECF System and service of this filing will be sent to all counsel of record by the Court's electronic filing system.

                                      /s/ William B. Schwartz

---

[1] Record Document 148